# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155498(62)

NORTH AMERICAN BROKERS, LLC,
and MARK RATLIFF,
      Plaintiffs-Appellees,

v

                                SC: 155498
                                COA: 330126

HOWELL PUBLIC SCHOOLS,
      Defendant-Appellant,
and
                                Livingston CC: 15-028669-CH

ST. JOHN PROVIDENCE,
      Defendant.
_____/

      On order of the Court, the motion for reconsideration of this Court's June 29, 2018 order is considered, and it is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2018



Clerk